SYRACUSE INTERCEPTING SEWER BOARD, Respondent, v. FIDELITY AND DEPOSIT

---

* Affd., 251 N. Y. ——.

COMPANY OF MARYLAND, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.